UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 16-CV-10354-LTS

JULIANNA STROUT,

Plaintiff,

v.

NETCRACKER TECHNOLOGY CORPORATION,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate pursuant to the provisions of Federal R. Civ. P. Rule 41(a)(1)(A)(ii) that all claims in this action be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys fees, and waive all rights of appeal.

Respectfully submitted,

Plaintiff,
JULIANNA STROUT
By her attorney,

*/s/ Samuel Perkins*

Samuel Perkins, BBO #542396
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
(617) 880-7171
sperkins@bhpklaw.com

Defendant,
NETCRACKER TECHNOLOGY CORPORATION,
By its attorney,

*/s/ David Casey*

David Casey, BBO# 077260
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (t)
(617) 737-0052 (f)
dcasey@littler.com

Dated: May 13, 2016

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of June, 2016, the foregoing document filed through the ECF system and will be sent electronically to those registered participants and via first class mail to those non-registered participants as identified on the Notice of Electronic Filing.

/s/ David Casey
David Casey